UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER BAKER,<br><br>　　　　　Defendant. | Case No. 1:16-cv-01540-DAD-JDP<br><br>ORDER REQUIRING DEFENDANT BAKER TO SUBMIT VIDEO FILE |

On July 3, 2018, defendant Baker moved for summary adjudication of plaintiff's excessive force claim against him. ECF No. 45. In conjunction with his motion, defendant filed the declaration of Brian Vandenover, which included an exhibit. ECF No. 45-2. The exhibit appears to be a photocopy of a DVD, entitled "October 13, 2014 Incident." *Id.* at 6. Defendant's Certificate of Service by Mail for this filing states that the exhibit was "previously provided." ECF No. 45-5. The court interprets this to mean that defendant provided the DVD to plaintiff prior to the motion for summary adjudication. However, the clerk of court does not appear to be in possession of the DVD.

Accordingly, the court orders defendant Baker to submit the video file "electronically in one of the formats listed on the Electronic Evidence Submission page on the Court's Website www.caed.uscourts.gov." Local Rule 138(l) ("Submissions must be made on either a Compact Disk (CD), Digital Video Disk (DVD), or USB (Universal Serial Bus) Flash Drive."). If

feasible, the court also requests that defendant email a copy of the video file to jdporders@caed.uscourts.gov so that defendant's motion may be adjudicated expeditiously.

IT IS SO ORDERED.

Dated:     February 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE