UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER BAKER,<br><br>Defendant. | Case No. 1:16-cv-01540-DAD-JDP<br><br>ORDER APPOINTING LIMITED-PURPOSE COUNSEL |

Plaintiff Shannon Williams is a federal prisoner proceeding without counsel and *in forma pauperis* in this civil rights action brought under *Bivens v. Six Unknown Agents*, 403 U.S. 388 (1971). On October 28, 2019, the plaintiff filed a Motion to Appoint Counsel. ECF No. 66. On February 7, 2020, the court found appointment of counsel for plaintiff warranted for the limited purpose of briefing whether plaintiff's remaining Eighth Amendment allegation in his complaint states a claim upon which relief may be granted in light of *Ziglar v. Abbasi*, 137 S. Ct. 1843, 1854 (2017). ECF No. 69. Carter C. White and the King Hall Civil Rights Clinic have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, it is hereby ordered that:

1. Carter C. White and the King Hall Civil Rights Clinic are appointed as limited purpose counsel for plaintiff in the above entitled matter. This appointment is for the limited purpose of

1

briefing on the proper application of *Ziglar*. The brief is due 60 days from the date of this order.

2. Carter C. White and the King Hall Civil Rights Clinic's appointment will terminate when an order has been issued on whether plaintiff's complaint states a claim on which relief may be granted in light of *Ziglar v. Abassi*.

3. Appointed counsel has requested access to the video file lodged on the docket. *See* ECF No. 50. The court grants this request and will work with appointed counsel to provide access to the file.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Carter C. White, King Hall Civil Rights Clinic, UCD Clinical Program Bldg. TB 30, 1 Shields Ave., Davis, CA 95616.

IT IS SO ORDERED.

Dated:   March 2, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.