UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICER BAKER,<br><br>        Defendant. | Case No. 1:16-cv-01540-DAD-JDP<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>ECF No. 56 |

The findings and recommendations issued January 31, 2019, ECF No. 56, were issued in error and are vacated.

IT IS SO ORDERED.

Dated:   March 19, 2020                          /s/ Jeremy Peterson
                                                         UNITED STATES MAGISTRATE JUDGE

No. 205.