UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER BAKER,<br><br>    Defendant. | Case No. 1:16-cv-01540-DAD-JDP<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION<br><br>ECF No. 72 |

Plaintiff's request for an extension, ECF No. 72, is granted. He shall have up to and including May 11, 2020, to file the brief in question.

IT IS SO ORDERED.

Dated:   May 11, 2020                                     _____
                                                                                 UNITED STATES MAGISTRATE JUDGE

No. 205.