1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS, | Case No.   1:16-cv-01540-DAD-JDP |
| Plaintiff, | ORDER SETTING A TELEPHONIC HEARING FOR JUNE 25, 2020 AT 2:00 P.M. |
| v. | |
| OFFICER BAKER, | |
| Defendant. | |

The court has received plaintiff's brief on *Ziglar v. Abassi*, ECF No. 74, and will set the matter for a telephonic hearing on June 25, 2020 at 2:00 P.M.  The court will follow the schedule of Local Rule 230: any opposition to plaintiff's brief is due at least fourteen days before the hearing, and any reply is due at least seven days before the hearing.  The parties should use the dial-in 888-204-5984 and the passcode 4446176.

IT IS SO ORDERED.


Dated:   May 14, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.

1