UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS, | Case No. 1:16-cv-01540-NONE-HBK |
| Plaintiffs, | **ORDER GRANTING REQUEST TO ADOPT REVISED DEADLINES AND RESETTING CERTAIN DEADLINES** |
| v. | |
| CHRISTOPHER BAKER, UNITED STATES OF AMERICA, | (Doc. No. 102) |
| Defendants. | |

Pending before the Court is the parties' Stipulation seeking to revise the amended case management scheduling order filed on September 15, 2021. (Doc. No. 102). For good cause shown, the Court GRANTS the parties' request to amend the deadlines previously set forth in the Court's June 29, 2021 amended case management and scheduling order. The revised deadlines are set forth below.

///

///

///

**Revised Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Mid-Discovery Status Conference<br>*Telephonic before Magistrate Judge Barch-Kuchta* | Report Due: 1/4/2022<br><br>Conference: 1/20/2022 2:00 p.m. |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37. | 1/12/2022 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 2/2/2022 |
| Deadline for defendant to disclose expert report(s). | 2/2/2022 |
| Deadline for disclosing any expert rebuttal report(s). | 3/4/2022 |
| Expert discovery deadline. | 4/18/2022 |
| Deadline to advise the Court of settlement, ADR or mediation efforts to date. *See* Local Rules 270, 271. *The parties may contact Chambers prior to this date to arrange a settlement conference.* | 1/5/2022 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 6/2/2022 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 11/4/2022 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. *Before Judge Drozd*. | 11/14/2022 8:30 a.m. |
| Month and year of the trial term. | TBD |

All other provisions of the Court's June 29, 2021 case management and scheduling order (Doc. No. 96) remain in effect.

DONE AND ORDERED:

Dated:   September 16, 2021

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2