UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OFFICER BAKER, ET. AL.,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01540-DAD-HBK<br><br>**ORDER GRANTING REQUEST TO AMEND DEADLINES TO CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>(Doc. No. 109). |

The parties, by and through their counsel, request the Court to amend its case management deadlines set forth in the June 29, 2021 Case Management and Scheduling Order. (Doc. No. 109).

Accordingly, for good cause shown, it is hereby ORDERED:

1. The Court GRANTS the parties' request to amend the case management deadlines (Doc. No. 109).

2. Any dates or hearings previously calendared or scheduled are vacated.

3. The following amended dates shall govern this action.

4. All other provisions of the Court's June 29, 2021 Amended Case Management and Scheduling Order (Doc. No. 96) remain in effect.

**Amended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | N/A |
| Deadline for moving to join a party. *See* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings. *See* Fed. R. Civ. P. 15(a). | N/A |
| Mid-Discovery Status Conference<br>*Telephonic before Magistrate Judge Barch-Kuchta* | Report Due: 4/7/2022<br><br>Conference: 4/21/2022 1:00 p.m. |
| Deadline for completing discovery. *See* Fed. R. Civ. P. 37.<br>***Any motions to compel discovery shall be filed no later than 21-days after the expiration of the due date or receipt of the objectionable discovery.*** | 4/13/2022 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 5/4/2022 |
| Deadline for defendants to disclose expert report(s). | 5/4/2022 |
| Deadline for disclosing any expert rebuttal report(s). | 6/3/2022 |
| Expert discovery deadline. | 7/8/2022 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. *The parties may contact Chambers prior to this date to arrange a settlement conference*. | 4/6/2022 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 9/1/2022 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 1/16/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.  In-person before Judge Drozd at 1:30 p.m. | 2/13/2023 |
| Month and year of the trial term. | T.B.D. |

1    DONE AND ORDERED:

2   Dated:  January 12, 2022

3                                                HELENA M. BARCH-KUCHTA
                                                 UNITED STATES MAGISTRATE JUDGE

3