Case 1:16-cv-01540-DAD-HBK Document 118 Filed 04/08/22 Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHRISTOPHER BARKER; UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Case No. 1:16-cv-1540-DAD-HBK<br><br>ORDER GRANTING MOTION TO AMEND DEADLINES TO CASE MANAGEMENT AND SCHEDULING ORDER<br><br>(Doc. No. 117) |

　　　　The parties, by and through their counsel, request the Court to further amend its case management deadlines set forth in the January 12, 2022, Case Management and Scheduling Order. (Doc. No. 117). The Court, finding good cause, will grant the motion.

　　　　Accordingly, it is ORDERED:

　　　　1.　　The parties' motion to further amend the case management deadlines (Doc. No. 117) is GRANTED.

　　　　2.　　Any hearings previously scheduled hearings are VACATED and will be CONTINUED to the amended dates set forth below.

　　　　3.　　The following amended dates shall govern this action.

**Amended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Mid-Discovery Status Conference<br>*Telephonic before Magistrate Judge Barch-Kuchta* | Report Due: 7/7/2022<br>Conference: 7/21/2022 10:00 a.m. |
| Deadline for completing discovery. *See* Fed. R. Civ. P. 37. ***Any motions to compel discovery shall be filed no later than 21-days after the expiration of the due date or receipt of the objectionable discovery.*** | 7/13/2022 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 8/5/2022 |
| Deadline for defendants to disclose expert report(s). | 8/5/2022 |
| Deadline for disclosing any expert rebuttal report(s). | 9/2/2022 |
| Expert discovery deadline. | 10/7/2022 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. *The parties may contact Chambers prior to this date to arrange a settlement conference.* | 7/6/2022 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 12/1/2022 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 5/5/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. In-person before Judge Drozd at 1:30 p.m. | 5/15/2023 |
| Month and year of the trial term. | T.B.D. |

4. All other provisions of the June 29, 2021, Amended Case Management and Scheduling Order (Doc. No. 96) remain in effect.

Dated:    April 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE