UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS, | Case No. 1:16-cv-01540-ADA-HBK (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY DEADLINES TO CASE MANAGEMENT AND SCHEDULING ORDER |
| v. | |
| CHRISTOPHER BAKER; UNITED STATES OF AMERICA, | (Doc. No. 122) |
| Defendants. | |

Pending before the Court is the parties stipulated motion to further modify the case management deadlines filed on November 2, 2022. (Doc. No. 122). Due to various lockdowns caused by the Covid-19 pandemic the parties explain they have limited ability to depose Plaintiff. Further, Plaintiff has noticed a Rule 30(b)(6) deposition for Defendants. The Court, although reluctant to delay this case, will permit one final amendment to the remaining deadlines. In lieu of a mid-discovery conference, the Court will set this case for a final status conference prior to the deadline to file dispositive motions.

Accordingly, it is **ORDERED**:

1. The parties' stipulated motion to further amend the case management deadlines (Doc. No. 122) is GRANTED to the extent set forth herein.

2. Any hearings/deadlines are VACATED and will be CONTINUED to the amended

dates set forth below.

3. The following amended dates shall govern this action.

**Amended Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Final Status Conference<br>*Telephonic before Magistrate Judge Barch-Kuchta* | Report Due: 03/09/2023<br><br>Conference: 03/23/2023 1:00 p.m. |
| Deadline for completing discovery. *See* Fed. R. Civ. P. 37.<br>***Any motions to compel discovery shall be filed no later than 21-days after the expiration of the due date or receipt of the objectionable discovery.*** | 03/15/2023 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 04/07/2023 |
| Deadline for defendants to disclose expert report(s). | 04/07/2023 |
| Deadline for disclosing any expert rebuttal report(s). | 04/14/2023 |
| Expert discovery deadline. | 05/05/2023 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271. *The parties may contact Chambers prior to this date to arrange a settlement conference*. | 03/09/2023 |
| Deadline for filing dispositive motions. *See* Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 56. | 06/29/2023 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 12/08/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283. Before Judge de Alba at 1:30 p.m. | 01/08/2024 |
| Month and year of the trial term. Before Judge de Alba at 8:30 a.m. | 03/12/2024 |

4. The parties shall prepare and file a joint status report no later than March 9, 2023. The joint status report shall include what, if any discovery remains outstanding, the status of settlement discussions, and whether the parties are willing to participate in a settlement conference with a United States Magistrate Judge.

5. All other provisions of the June 29, 2021 Amended Case Management and Scheduling Order (Doc. No. 96) as modified (Doc. Nos. 103, 110, 118 and 120) remain in effect.

Dated:   November 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE