UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>               Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BAKER; UNITED STATES OF AMERICA,<br><br>              Defendants. | Case No. 1:16-cv-01540-ADA-HBK (PC)<br><br>FINAL AMENDED CASE MANAGEMENT AND SCHEDULING ORDER |

On March 8, 2023, the Court held an informal discovery conference. (Doc. No. 131). At the conference, the Parties jointly requested to modify certain deadlines in the governing Case Management and Scheduling Order (Doc. No. 123). For good cause shown, the Court will allow one final modification to certain of the case management deadlines.

Accordingly, it is **ORDERED**:

1. Counsel for Defendant shall contact appropriate officials at Plaintiff's place of incarceration to ensure that Plaintiff's counsel has access to Plaintiff and may engage in attorney-client communications with Plaintiff.

2. The following amended dates shall govern this action.

**Operative Deadlines and Dates**

| Action or Event | Date |
|---|---|
| Deadline for completing discovery. *See* Fed. R. Civ. P. 37. *Any motions to compel discovery shall be filed no later than 21-days after the expiration of the due date or receipt of the objectionable discovery.* | 05/15/2023 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 05/08/2023 |
| Deadline for defendants to disclose expert report(s). | 05/08/2023 |
| Deadline for disclosing any expert rebuttal report(s). | 05/22/2023 |
| Expert discovery deadline. | 06/12/2023 |
| Deadline to advise the Court of settlement, ADR, VDRP or mediation efforts to date. *See* Local Rules 270, 271.  *The parties may contact Chambers prior to this date to arrange a settlement conference*. | 06/16/2023 |
| Deadline for filing dispositive motions.  *See* Fed. R. Civ. P. 56. | 07/07/2023 |
| Deadline for filing the final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rule 281. | 12/08/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.  Before Judge de Alba at 1:30 p.m. | 01/08/2024 |
| Month and year of the trial term.  Before Judge de Alba at 8:30 a.m. | 03/12/2024 |

2.  The parties may contact Chambers at any time prior to the June 16, 2023 deadline should the parties wish to engage in a settlement conference earlier before the undersigned or another magistrate judge.

3.  All other provisions of the June 29, 2021 Amended Case Management and Scheduling Order (Doc. No. 96) as modified (Doc. Nos. 103, 110, 118, 120 and 123) remain in effect.

Dated:     March 9, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2