UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BAKER and UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No. 1:16-cv-01540-NODJ-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING PRODUCTION OF INMATE SHANNON WILLIAMS, BOP #13947-047<br><br>(Doc. No. 156)<br><br>ORDER VACATING SETTLEMENT CONFERENCE<br><br>(Doc. No. 155) |

Plaintiff is a federal prisoner proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. On March 14, 2024, the Court issued a Writ of Habeas Corpus Ad Testificandum to produce Plaintiff Shannon Williams BOP #13947-047 for a settlement conference on April 11, 2024 at 11:00 a.m. before Magistrate Judge Erica P. Grosjean. (Doc. No. 156). On March 20, 2024, Plaintiff's counsel filed a motion to withdraw as attorney in this case. (*See* Doc. No. 157, "Motion"). Considering the pending motion to withdraw, the Court will vacate the settlement conference and reschedule it after resolution of the Motion, as appropriate. The Court also will discharge the Writ of Habeas Corpus Ad Testificandum.

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum directing the production of inmate Shannon Williams BOP #13947-047 issued on March 14, 2024 (Doc. No. 156) is **DISCHARGED**.

2. The Settlement Conference scheduled on April 11, 2024 before Judge Erica P. Grosjean (Doc. No. 155) is hereby **VACATED**.

3. Unless Plaintiff requests a hearing on the Motion to Withdraw (Doc. No. 157) **no later than April 11, 2024**, pursuant to Local Rule 230(g), the Court will vacate the April 24, 2024 hearing on the Motion and consider the Motion on the papers without oral argument.

4. The Clerk of Court shall serve a courtesy copy of this Order on Plaintiff at the following address: Shannon Williams, #13947-047 USP McCreary U.S. Penitentiary P.O. Box 3000 Pine Knot, KY 42635.

5. The Clerk of Court shall serve a courtesy copy of this Order by e-mail on the Litigation Coordinator at USP-McCreary.

Dated: March 21, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copies:  Michelle Means Rooney, CRD

2