**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON WILLIAMS, | CASE NO: 1:16-cv-01540-KES-HBK |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **A M E N D E D**[1] |
| | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Shannon Williams, Inmate # 13947-047, a necessary and material witness in a status conference in this case on August 22, 2024, is confined in USP McCreary, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena Barch-Kuchta, by teleconference from his place of confinement, on **Thursday, August 22, 2024 at 9:00 a.m. (Pacific Time).** The status conference was previously scheduled for 1:00 p.m. Pacific Time and the Court therefore issues this Amended Writ in light of the time change for the teleconference being rescheduled to 9:00 a.m. Pacific Time.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by teleconference, to participate in a status conference at the time and place above, until completion of the status conference or as ordered by the court. Teleconference information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden at USP McCreary using (606) 354-7190 and email at MCR-ExecAssistant-S@bop.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Patricia Apodaca, Courtroom Deputy, at papodaca@caed.uscourts.gov.

///////
//////
//////
//////

---

[1] Amended to change time only as requested by the Bureau of Prisons.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP McCreary, 330 Federal Way, Pine Knot, KY 42635:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by teleconference, until completion of the status conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:    August 21, 2024

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE