UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF'S FORMER COUNSEL TO PROVIDE CASE FILE TO PLAINTIFF |

On April 24, 2024, the Court granted former pro bono counsel Carter C. White's Motion to Withdraw as attorney for Plaintiff Shannon Williams. (Doc. No. 164). Plaintiff therefore proceeds pro se on his Federal Tort Claims Act action against the United States. At a status conference held on August 22, 2024, Plaintiff advised the Court that he had not received a copy of the case file or any other materials from his former pro bono counsel since withdrawing from the case. (*See* Doc. No. 176). The Court therefore issues this order directing Plaintiff's former pro bono counsel to provide any materials or files still in his possession relating to this matter, including all discovery or medical records, to Plaintiff at his address of record:

**Shannon Williams**
13947-047
MCCREARY
U.S. PENITENTIARY
Inmate Mail/Parcels

P.O. BOX 3000
PINE KNOT, KY 42635

Because Plaintiff's counsel has been terminated from this action, the Clerk of Court is directed to send a Notice of Electronic Filing ("NEF") and a copy of this order by mail to counsel's address of record, below:

**Carter Capps White**
King Hall Civil Rights Clinic
UC Davis School of Law
One Shields Avenue, Bldg. TB 30
Davis, CA 95616

Accordingly, it is **ORDERED**:

1. Within thirty (30) days of the date on this Order, Plaintiff's former pro bono counsel, Carter C. White, is directed to mail a copy of Plaintiff's case file and any other materials related to this case to Plaintiff's address of record, noted above.

2. The Clerk of Court is directed to send by NEF and mail a copy of this order to Plaintiff's former pro bono counsel of record as noted above.

Dated: _August 23, 2024_

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2