UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.  1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO COMPLY WITH SETTLEMENT CONFERENCE PROCEDURES<br><br>(Doc. No.  178) |

On October 18, 2024, Defendant filed a Notice advising the Court that Plaintiff had not complied with the Court's August 26, 2024 Order directing him to submit a Demand Statement by October 1, 2024 in preparation for the November 19, 2024 Settlement Conference before Magistrate Judge Erica P. Grosjean.  (Doc. No. 181).  Specifically, the Court's August 26, 2024 Order provided that "no later than October 1, 2024, Plaintiff shall submit a written itemization of damages and tender a settlement demand to Defendant's counsel with a brief explanation of why such a demand is reasonable and appropriate."  (Doc. No. 178 at 2 ¶ 4).  Plaintiff's failure to do so obstructs the settlement process.

Accordingly, it is **ORDERED**:

1. **No later than November 10, 2024**, Plaintiff shall submit a written itemization of damages and tender a settlement demand to Defendant's counsel with a brief explanation of why such a demand is reasonable and appropriate.  **No later than**

**November 15, 2024**, Defendant's counsel[1] shall submit a written offer in response to Plaintiff's demand with a brief explanation of why the offer is reasonable and appropriate.

2. The parties remain obligated to submit their respective settlement statements to United States magistrate Judge Erica P. Grosjean **no later than November 5, 2024**, as set forth in the Court's August 26, 2024 Order (Doc. No. 178).

3. If Plaintiff fails to comply with any part of this Order, the Court reserves the right to cancel the November 19, 2024 Settlement Conference as a sanction for his noncompliance.

Dated:  October 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Defense Counsel's Address: Benjamin E. Hall, United States Attorney's Office, 2500 Tulare St., Suite 4401, Fresno, CA 93721. Email: benjamin.hall3@usdoj.gov