# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS, | CASE NO: 1:16-cv-01540-DAD-HBK |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **SECOND ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM**[1] |

Shannon Williams, Inmate # 13947-047, a necessary and material witness in a settlement conference in this case on December 20, 2024, is confined in USP McCreary, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Erica P. Grosjean, by Zoom video conference from his place of confinement, on **Friday, December 20, 2024 at 9:00 a.m. Pacific Time**.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. **The Clerk of the Court is directed to serve a copy of this order via fax on the Warden at USP McCreary using (606) 354-7190 and email at** MCR-ExecAssistant-S@bop.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP McCreary, 330 Federal Way, Pine Knot, KY 42635:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

---

[1] The Court reissues this Order and Writ of Habeas Corpus Ad Testificandum due to the Bureau of Prison's failure to comply with the Court's Amended Writ of Habeas Corpus Ad Testificandum issued on November 6, 2024 and produce inmate Shannon Williams for the December 11, 2024 Court hearing. *See* CMECF Nos. 186, 191.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  December 11, 2024

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

