UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No.  1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO THE LIMITED EXTENT SET FORTH HEREIN<br><br>(Doc. No.  189) |

On April 24, 2024, the Court granted Plaintiff's pro bono counsel Carter C. White's motion to withdraw as attorney of record.  (Doc. No. 164).  On July 9, 2024, the District Court denied Plaintiff's Motion for Reconsideration of the April 24, 2024 Order. ( Doc. No. 170).  On August 26, 2024, the Court directed Plaintiff's former pro bono counsel to "mail a copy of Plaintiff's case file and any other materials related to this case to Plaintiff's address of record."  (Doc. No. 177 at 2 ¶ 1).  On December 2, 2024, Plaintiff filed a Notice seeking a court order directing "attorney Carter C. White to turn over all the information and notes including the resolvement [sic] of the discovery dispute of March 8, 2023 . . ." (Doc. No. 189 at 1).  Liberally construed, Plaintiff contends that former pro bono counsel has not provided all the materials related to his case, specifically those related to his claims that "Defendants have removed, destroyed and withheld all of the video evidence that would substantiate his claim . . ." (*Id*.).

In the event former pro bono counsel did not already provide all case materials to his

former client, he is directed to do so upon service of this Order.  Former counsel is further directed to file a notice of compliance with this Order and the August 26, 2024 Order, certifying that all materials have been provided to Plaintiff.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion is GRANTED (Doc. No. 189) to the limited extent that Plaintiff's former pro bono counsel, Carter C. White, is directed to mail a copy of any remaining materials not previously provided and related to Plaintiff's case to his address of record:

   **Shannon Williams**
   13947-047
   MCCREARY
   U.S. PENITENTIARY
   Inmate Mail/Parcels
   P.O. BOX 3000
   PINE KNOT, KY 42635

2. **No later than December 20, 2024,** Mr. White shall file a Notice of Compliance with this Order and the August 26, 2024 Order, certifying that all case materials have been provided to Plaintiff.

3. Because Plaintiff's former counsel has been terminated from this action, the Clerk of Court is directed to email former counsel at ccwhite@ucdavis.edu as well as mail a copy of this order and Plaintiff's December 2, 2024 Notice to counsel's address of record:

   **Carter Capps White**
   King Hall Civil Rights Clinic
   UC Davis School of Law
   One Shields Avenue, Bldg. TB 30
   Davis, CA 95616

Dated:   December 13, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2