UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:16-cv-01540-KES-HBK (PC)<br><br>ORDER DIRECTING PLAINTIFF TO COMPLY WITH TELEPHONIC TRIAL CONFIRMATION HEARING PROCEDURES |

On August 26, 2024, the Court issued an order setting forth the procedures necessary for this case to proceed to a Telephonic Trial Confirmation Hearing scheduled for January 14, 2025 at 1:30 P.M. PST before District Judge Dale A. Drozd. These procedures included the directive requiring Plaintiff to file his pretrial statement no later than December 9, 2024. (Doc. No. 179). Plaintiff has not filed a pretrial statement as of the date of this Order.[1] This matter cannot proceed to a bench trial if Plaintiff does not file a Pretrial Statement.

Defendant timely filed his Pretrial Statement on December 16, 2024, without having the benefit of reviewing Plaintiff's Pretrial Statement. Thus, the Court will permit Defendant an opportunity to file an Amended Pretrial Statement after Plaintiff files his Pretrial Statement, if necessary. If Plaintiff fails to comply with this Order, he may be subject to sanctions, including

---

[1] Plaintiff represented at a settlement conference held this same day that he placed his pretrial statement in the mail.

dismissal of this action.

Accordingly, it is **ORDERED**:

1. **Within five (5) days of receipt of this Order, if he has not already done so, Plaintiff must deliver to correctional officials for mailing his Pretrial Statement as previously directed by the Court in its August 26, 2024 Order.**
2. Defendant may file an Amended Pretrial Statement within three (3) days after Plaintiff files his Pretrial Statement.
3. If Plaintiff fails to comply with this Order, the Court may impose sanctions as appropriate, including dismissal of this action.

Dated:   December 20, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE