UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.  1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER CONSTRUING PRO SE PLEADING AS MOTION AND DIRECTING EXPEDITED RESPONSE<br><br>(Doc. Nos.  212, 213) |

　　　　On January 2, 2025, Plaintiff filed a pro se pleading titled "Objections to Protective Order" accompanied by his sworn "Affidavit."  (Doc. Nos.  212, 213).  The Court liberally construes Plaintiff's pro se pleading, as supported by Plaintiff's Affidavit, as a request to reopen discovery concerning the existence and subsequent removal and/or destruction of certain cameras that Plaintiff claims captured the October 13, 2014 incident in unit 6B at USP Atwater, which gives rise to Plaintiff's claim.

　　　　Accordingly, it is hereby ORDERED:

1. The Court construes Plaintiff's pleading titled "Objection to Protective Order" (Doc. No. 212) as a motion to reopen discovery.

2. Defendant shall file an expedited response to the construed motion (Doc. No. 212) **no later than January 10, 2025**.

3. The Clerk of Court shall revise the docket text of Plaintiff's pleading "Objection to

Protective Order" (Doc. No. 212) to reflect that the pleading is "construed by the Court as a motion to reopen discovery" and activate it as a pending motion on the docket.

Dated:     January 3, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE