UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 208) |

On August 26, 2024, the Court directed Plaintiff's former pro bono counsel Carter C. White to mail a copy of Plaintiff's case file and any other related materials to Plaintiff. (Doc. No. 170). Based on Plaintiff's representations that he had not received the entire case file, on December 13, 2024, the Court directed Mr. White (1) "to mail a copy of any remaining materials not previously provided and related to Plaintiff's case" to Plaintiff and (2) to file a Notice of Compliance with the August 26 and December 13 Orders no later than December 20, 2024. (Doc. No. 195 at 2). Having not received any response from Mr. White, on December 30, 2024, the Court ordered Mr. White to (1) to mail any remaining materials to Plaintiff; (2) file a Notice of Compliance with the Court's Orders; and (3) show cause why sanctions should not issue for his failure to comply with the Court's December 13 Order. (Doc. No. 208 at 2-3).

Mr. White filed his Notice of Compliance on January 7, 2025, indicating all case materials had been mailed to Plaintiff as of that date. (Doc. No. 217). On January 14, 2025, Mr. White

filed his response to the order to show cause, supported by his accompanying declaration. (Doc. No. 221).  Based on the representations in Mr. White's declaration, the Court will discharge the order to show cause.

      Accordingly, it is ORDERED:

The December 30, 2024 Order to Show Cause, (Doc. No. 208) is DISCHARGED.

Dated:   January 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2