UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.  1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORT OF INMATE SHANNON WILLIAMS<br><br>(Doc. No.  216) |

During the January 14, 2025 pretrial conference, the district court vacated the February 3, 2025 Bench Trial in this matter.  As a result, **Plaintiff Shannon Williams, BOP # 13947-047**, is no longer needed by the Court as a witness for the February 3, 2025 Bench Trial.

Accordingly, it is **ORDERED**:

1. The Writ of Habeas Corpus Ad Testificandum to Transport Plaintiff Shannon Williams, BOP # 13947-047 (Doc. No. 216) is DISCHARGED.

2. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden at USP McCreary using (606) 354-71900 and email at MCR-ExecAssistant-S@bop.gov.

Dated:    January 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE