**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANNON WILLIAMS, | Case No. 1:16-cv-01540-DAD-HBK |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendant. | |
| | **Shannon Williams, BOP # 13947-047** |

Shannon Williams, BOP # 13947-047, a necessary and material witness for a Further Trial Confirmation Hearing in this case **on February 10, 2025**, is confined in United States Penitentiary - McCreary, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before District Judge Dale A. Drozd, by **Zoom video conference** from his place of confinement, on **Monday February 10, 2025 at 11:30 a.m.** (Pacific Time)

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in the Further Trial Confirmation Hearing at the time and place above, until completion of the Hearing or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Warden at USP McCreary using (606) 354-7190 and email at MCR-ExecAssistant-S@bop.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Pete Buzo, Courtroom Deputy, at pbuzo@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, USP McCreary, 330 Federal Way, Pine Knot, KY 42635:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, by Zoom video conference, until completion of the Further Trial Confirmation Hearing or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


Dated:   January 15, 2025

                                                HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE

