1
2
3
4
5
6                              UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    SHANNON WILLIAMS,                          No.  1:16-cv-01540-DAD-HBK (PC)

10            Plaintiff,                         ORDER REGARDING PLAINTIFF'S
                                                MOTION FOR CONTINUANCE OF TRIAL
11        v.
                                                (Doc. No. 230)
12   UNITED STATES OF AMERICA,

13            Defendant.

14

15          Plaintiff Shannon Williams is a federal prisoner proceeding *pro se* and *in forma pauperis*

16   in this Federal Tort Claims Act case proceeding to court trial on plaintiff's claim that he was

17   subjected to a battery at the hands of federal correctional officers while incarcerated at USP

18   Atwater back on October 13, 2014.

19          The court has received plaintiff's motion for a sixty-day continuance of trial (Doc. No.

20   230) and defendant's statement of non-opposition to that motion (Doc. No. 231).  The court is in

21   the process of inquiring as to whether the issue that plaintiff has raised might be expected to be

22   resolved promptly.  Accordingly, the court will maintain the current trial date as set for June 24,

23   2025 until additional information is received.  The court will keep the parties apprised if it

24   ultimately determines that a continuance is appropriate and necessary.

25          IT IS SO ORDERED.

26   Dated:  __May 14, 2025__                    _____

27                                               DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE
28

                                                 1