UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No. 1:16-cv-01540-DAD-HBK (PC)<br><br><u>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL</u><br><br>(Doc. No. 230) |

Plaintiff Shannon Williams is a federal prisoner proceeding *pro se* and *in forma pauperis* in this Federal Tort Claims Act case proceeding to court trial on plaintiff's claim that he was subjected to a battery at the hands of federal correctional officers while incarcerated at USP Atwater back on October 13, 2014.

On March 7, 2025, plaintiff filed a motion for a sixty-day continuance of trial. (Doc. No. 230.) On March 8, 2025, defendant filed a statement of non-opposition to plaintiff's motion. (Doc. No. 231.) On May 15, 2025, the court issued an order informing the parties that it was in the process of inquiring as to whether the issue that plaintiff raised might be resolved promptly. (Doc. No. 232.) The court has now been apprised that the issue plaintiff raised as necessitating a continuance of the trial date has now been resolved. Should he still require additional time to file a trial brief or meet other trial-related filing deadlines, plaintiff may certainly file a motion

/////

1

seeking such relief, but only if well and fully supported. However, the court remains very much committed to commencing trial in this action on the currently date scheduled.

Accordingly, plaintiff's motion for a sixty-day continuance of the June 24, 2025 trial date is hereby DENIED.

IT IS SO ORDERED.

Dated:   **May 15, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE