UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. 1:16-cv-01540-DAD-HBK (PC)<br><br>ORDER CONTINUING TRIAL TO JULY 2, 2025 |

    Plaintiff Shannon Williams is a federal prisoner proceeding *pro se* and *in forma pauperis* in this Federal Tort Claims Act case proceeding to court trial on plaintiff's claim that he was subjected to a battery at the hands of federal correctional officers while incarcerated at USP Atwater back on October 13, 2014.

    The court has received information regarding the transport of plaintiff that requires a brief continuance of the trial in this matter. Accordingly, the court trial currently set for June 24, 2025 is hereby RESET to July 2, 2025 at 9:00 a.m. before District Judge Dale A. Drozd in Courtroom 4. The bench trial of this case is anticipated to require no more than two court days. The court also sets a status conference to confirm the parties' readiness for trial on June 26, 2025 at 10:00 a.m. before District Judge Dale A. Drozd in Courtroom 4. The U.S. Marshal is notified that plaintiff Williams' appearance at that status hearing is required. Government counsel from the U.S. Attorney's Office in Sacramento may appear on behalf of trial counsel at the status

1

1 conference.  Finally, the court reminds the parties that pursuant to the court's amended final
2 pretrial order, trial briefs addressing the points of law implicated by plaintiff's remaining claim
3 shall be filed no later than seven days before trial, (Doc. No. 206 at 7), now June 25, 2025.

IT IS SO ORDERED.

Dated:   **June 20, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE