# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## BENCH TRIAL MINUTES

**BEFORE:** DALE A. DROZD			**DATE:** July 2, 2025

**CASE NUMBER:** 1:16-cv-1540-DAD-HBK (P)   **DEPUTY CLERK:** Pete Buzo

**TITLE:** Williams v. United States		**CRT RPTR:** Abigail Torres

**APPEARANCES:**

**Pro Se Plaintiff:** Shannon Williams
**Counsel for Defendant:** Benjamin Hall, Alyson Berg

**Proceedings:**

| | |
|---|---|
| 9:00 am | All parties present. Court addressed remaining case: battery claim as stated on the record. Court addressed preliminary matters of pltf's motion for default judgment [240], pltf's response to dft's objection to pltf's trial exhibits, and pltf's trial brief. Dft addressed pltf's motion for default judgment. Pltf addressed Dft's argument. After hearing of arguments, for reasons stated, pltf's [240] motion for default judgment denied as untimely as stated on the record. Court noted that pltf takes things that appear to have been said and quotes them out of context or draws from them conclusions that are not supported. Court addressed pltf's interruptions. |
| 9:35 am | Court took recess. |
| 9:42 am | Court back in session. Court addressed pltf as to interruptions. Court further addressed denial of pltf's [240] motion for default judgment as stated on the record. Court addressed pltf as to objections to dft's exhibits. |
| 9:54 am | Pltf opening statement. |
| 9:57 am | Defense opening statement. |
| 10:02 am | Pltf called Lt. Glen Cobb. Dft stated Lt. Glen Cobb is not present as stated on the record. Court addressed pltf if he issued a subpoena for Lt. Glen Cobb. Pltf addressed the court. Court addressed [206] Final Pretrial Order. Pltf objected that Lt. Glen Cobb is not present. After discussion, for reasons stated on the record, court overruled pltf's objection to the absence of Lt. Glen Cobb at trial and for a continuance. Deposition testimony of Lt. Glen Cobb Admitted. |
| 10:15 am | Pltf moved to have deposition testimony of Lt. Glenn Cobb and transcript Admitted into evidence. |
| 10:15 am | Pltf called Nader Peikar. Dft stated Nader Peikar not present. |

| | |
|---|---|
| 10:16 am | Pltf called Enrique Borja, sworn and testified. Mr. Borja testified on direct examination by Dft. |
| 10:30 am | Morning Recess. |
| 10:45 am | Court back in session. |
| 10:45 am | Resume direct. Dft Exhibit A. Dft moved to admit Exhibit A. Dft Exhibit A Admitted. |
| 10:56 am | Cross examination by Pltf. Dft Exhibit A. Pltf interaction with the court. Resume cross examination. |
| 11:45 am | Dft re-direct. Court addressed possible conflict with representation of witness. |
| 11:50 am | Recess. |
| 11:58 am | Court back in session. Resume re-direct. Court addressed witness. Resume re-direct. |
| 12:05 pm | Re-cross. |
| 12:20 pm | Witness excused. |
| 12:20 pm | Pltf called James Guerrero, sworn and testified on direct by Dft. |
| 12:33 pm | Cross examination. |
| 1:00 pm | No re-direct. Witness excused. |
| 1:02 pm | Lunch recess. |
| 2:35 pm | Court back in session. |
| 2:37 pm | Pltf called Brian VanDenover, sworn and testified on direct by dft. |
| 2:45 pm | Cross examination. |
| 3:36 pm | Re-direct. |
| 3:37 pm | Re-cross. |
| 3:38 pm | Witness excused. |
| 3:50 pm | Court back in session. |
| 3:50 pm | Pltf called Christopher Baker, sworn and testified on direct. Exhibit A. |
| 4:23 pm | Cross examination. Dft Exhibit A. |
| 5:05 pm | Court took evening recess. Trial continued to 7/3/25 at 9:00 AM. |
| | |
| | |
| | |
| | |

**Exhibits Admitted into Evidence**:

**Plaintiff's Exhibits:**
**Defendant's Exhibits: A**