# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## BENCH TRIALMINUTES

**BEFORE: DALE A. DROZD**                         **DATE: July 3, 2025**

**CASE NUMBER: 1:16-cv-1540-DAD-HBK (P)**    **DEPUTY CLERK: Pete Buzo**

**TITLE: Williams v. United States**              **CRT RPTR: Abigail Torres**

**APPEARANCES:**

**Pro Se Plaintiff:** Shannon Williams
**Counsel for Defendant:** Benjamin Hall, Alyson Berg

**Proceedings:**

| | |
|---|---|
| 9:30 am | All parties present. Court addressed motion filed by Pltf this morning. Court addressed parties as to review of the docket with regards to ECF [45]-[2]. Pltf referred to ECF [58] and requested copy of the video for his testimony. Discussion held. Defense addressed the court. |
| 9:53 am | Dft informed court of copies of deposition transcripts of Lt. Cobb and marked as Exhibit FF. |
| 9:54 am | Pltf moved to admit deposition transcript testimony of William R. Adams. Dft informed the court Mr. Adams is an expert witness and not a party to the case. Discussion held. |
| 9:58 am | Court addressed Dft as to their review of the docket. |
| 9:58 am | Court in recess. |
| 10:42 am | Court back in session. Court addressed the parties as to the search for whatever video was lodged with the court on 2/11/2019. Court inquired if Govt retained a copy of the video in question. Govt stated it will make an attempt to look for a video. Pltf objected to Govt looking for the video as stated on the record. Court noted based upon Pltf's objection, the Govt does not need to look for the video. |
| 10:48 am | Resume cross examination of Christopher Baker. |
| 11:11 am | No re-direct. Witness excused. |
| 11:11 am | Recess. |
| 11:41 am | Court back in session. Court addressed all lines of searches have not produced anything and informed parties of further search as stated on the record. |
| 11:47 am | Lunch recess. |
| 12:50 pm | Court back in session. Court informed the parties the court located a video on the |

| | |
|---|---|
| | court's system as stated on the record. |
| 12:55 pm | Court played video of 2019 reviewed in adopting F&R's [61]. Govt moved to admit video into evidence, with Pltf objection. Court overruled objection. The disk of Video clip marked as Exhibit GG Admitted as stated on the record. |
| 1:09 pm | Pltf called Shannon Williams, sworn and testified. Pltf moved to admit Govt's Exhibits B-T, X, Y, Z, AA, and CC, without Govt objection. Exhibits B-T, X, Y, Z, AA, and CC Admitted. |
| 2:04 pm | Cross examination. Govt Exhibit V. Govt moved to admit exhibit, without Plft objection. Exhibit V Admitted. |
| 2:19 pm | Re-direct. |
| 2:21 pm | Afternoon recess. |
| 2:36 pm | Court back in session. Pltf rested. Dft rested. Pltf requested a 10-minute recess to prepare his closing statement. Court granted brief recess. |
| 2:49 pm | Court back session. |
| 2:49 pm | Pltf closing argument. |
| 3:24 pm | Dft closing argument. |
| 3:29 pm | Pltf rebuttal closing argument. |
| 3:32 pm | Court to recess. |
| 4:03 pm | Court back in session. After conclusion of court trial, court ruled from the bench as stated on the record in open court. Clerk's Office directed to enter judgment in favor of the Defendant and close the case. Appeal rights given. |
| 4:45 pm | Court Adjourned. |
| | |
| | |
| | |
| | |
| | |
| | |

**Exhibits Admitted into Evidence**:

**Plaintiff's Exhibits:**
**Defendant's Exhibits: A, FF (Deposition of Lt. Cobb), GG, B-T, X, Y, Z, AA, CC, V**