UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shannon Williams   ,<br><br>                 Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>                 Defendant. | Case No.  1:16-cv-01540-DAD-HBK<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED
in favor of defendant. CASE CLOSED.

July 09, 2025                                          KEITH HOLLAND, CLERK

                                                       By: /s/  J. Donati, Deputy Clerk