1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHANNON WILLIAMS,                        No.  1:16-cv-01540-DAD-HBK (PC)

12              Plaintiff,                     ORDER GRANTING PLAINTIFF'S
                                              REQUEST FOR AN EXTENSION OF TIME
13        v.                                  IN WHICH TO FILE A REPLY

14   UNITED STATES OF AMERICA,                (Doc. No. 257)

15              Defendant.

16

17        Plaintiff Shannon Williams is a federal prisoner proceeding *pro se* and *in forma pauperis*

18   in this Federal Tort Claims Act case which proceeded to court trial on July 2, 2025 on plaintiff's

19   claim that he was subjected to a battery at the hands of federal correctional officers while

20   incarcerated at USP Atwater.  On July 3, 2025, the court issued its findings of fact and

21   conclusions of law in an oral ruling and directed that judgment be entered in favor of defendant.

22   (Doc. No. 246.)

23        On July 17, 21, and 25, 2025, plaintiff filed four motions for new trial.  (Doc. Nos. 252,

24   253, 254, 255.)  On August 6, 2025, defendant filed an opposition to plaintiff's motions.  (Doc.

25   No. 256.)  On August 22, 2025, plaintiff filed a motion for a "continuance to reply to the

26   government's opposition," explaining that he had only recently received the opposition and was

27   without his legal papers because he had been transported between facilities in Taft, California and

28   /////

                                              1

Victorville, California.  (Doc. No. 257.)  Plaintiff also seeks court assistance in his obtaining

access to his legal papers.  (*Id*.)

Good cause appearing, the court hereby GRANTS plaintiff's request for an extension of

time in which to file a reply to defendant's opposition (Doc. No. 257.)  Plaintiff shall either file

his reply, or if he still lacks access to his legal papers, a status report indicating that is the case, by

October 14, 2025.

IT IS SO ORDERED.

Dated:   **September 29, 2025**          _____

DALE A. DROZD

UNITED STATES DISTRICT JUDGE