RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

U

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAN 02 2026

FILED
DOCKETED
DATE           INITIAL

SHANNON WILLIAMS ] Case No. 1:16-cv-01540
       Plaintiff, ]
v.               ] NOTICE OF APPEAL
                 ]
UNITED STATES OF APPEAL ]

**FILED**
Jan 02, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

   Comes Now, Shannon Williams, pro se and hereby moves this Cour Court to appeal the decision in the above-titled case.
   The Petitioner appeals the decision in its entirety on several different issues in the case, including the following:

1). The decision to remove appointed counsel from representation, after the Plaintiff requested for substitute counsel a few months before trial;

2). The denial of the Plaintiff's motion for a new trial under Rul Rule 59(a), based upon the district court advising the Defendant to admit a video without any foundation as to the authenticity of the video as the Court introduced the video as its own exhibit over the Plaintiff's objection, after the witness testified he-(Vanover) did not know where the video originated;

3). The denial of the Rule 59(a) motion after the Plaintiff swore that his legal papers had been confiscated by prison authorities and not returned in time to file a reply to the Government's opposition to the motion for a new trial;

4). That the district court improperly failed to consider the Plaintiff's severe injuries in evaluating whether excessive force was used;

5). The Plaintiff/Appellant still does not have his legal papers and does not have the means and ability to prove his claims if the Defendants/appellees or allowed to arbitrarily confiscate his legal papers and will need the appointment of counsel to perfect this appeal as he does not have access to any of his legal papers

in order to win his appeal, and can not prosecute his appeal.

Wherefore, the Plaintiff prays the Court file his notice of appeal in this case.

Respectfully submitted this 26th day of December 2025.

/s/ _____
SHANNON WILLIAMS

Certificate Of Service

I, Shannon Williams, hereby swear that I mailed my Notice of Appeal to Clerk of the 9th Circuit postage prepaid on December 26, 2025 by placing the Notice in the prison mailbox per Houston v. Lack.

Dated December 26, 2025

_____

SHANNON WILLIAMS #13947 047
Federal Correctional Institution Medium II
P.O. Box 3850
Adelanto, Ca. 92301

LEGAL MAIL

SN BERNARDINO CA 923
30 DEC 2025 PM 7 L

94103-151895

Clerk Of The Appeals Court
Court Of Appeals Ninth Circuit
95 Seventh Street
San Fransisco, Ca. 94103